```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF GEORGIA
                      SAVANNAH DIVISION
```

DARIUS ANDRE HOLMES,            )
                                )
      Petitioner-Appellant,   )
                                )
vs.                             )   Case No.  CV417-147
                                )             CR415-144
UNITED STATES OF AMERICA,       )
                                )
      Respondent-Appellee.    )

### O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this \_\_\_10th\_\_\_ day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA